# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILL H. JACKSON

NO. 2021 KW 0235

**MAY 10, 2021**

---

In Re:    Will H. Jackson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 46,627.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** Relator's application for postconviction relief requesting DNA testing failed to comply with the requirements set forth in La. Code Crim. P. art. 926.1. In particular, relator failed to allege a factual explanation of why there is an articulable doubt, based on competent evidence whether or not introduced at trial, as to his guilt, and there is no indication that DNA testing would resolve the doubt and establish the innocence of relator.

Concerning relator's remaining claims, relator's application for postconviction relief is untimely and successive. See La. Code Crim. P. arts. 930.4 & 930.8. Having fully litigated his claims in accord with La. Code Crim. P. art. 930.6, hereafter, unless he can show that one of the narrow exceptions authorizing the filing of a successive application provided in La. Code Crim. P. art. 930.4 applies, relator has exhausted his right to postconviction relief. See **State ex rel. Bonvillain v. State**, 2015-2331 (La. 3/14/16), 186 So.3d 644 (*per curiam*).

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT